USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNALISA RIVERA-FRANZ,<br><br>　　　　　　　　Plaintiffs,<br><br>-v-<br><br>125TH STREET BAPAZ LLC,<br><br>　　　　　　　　Defendant.<br><br>125th STREET BAPAZ LLC,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>-v-<br><br>DWNY GROUP CORP,<br><br>　　　　　　　　Third-Party Defendant. | 24-cv-03935 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

　　DWNY Group Corp. ("DWNY"), with the consent of all parties, requests that this case be stayed for 90 days. Dkt. No. 17. That motion is granted.

　　The parties are to submit a proposed revised case management plan by February 10, 2025, 60 days from the date of this Order. The deadlines in the case management plan of August 30, 2024, are vacated and this case is stayed until March 12, 2025, save that parties may file a cross-claim against the fourth-party defendant.

SO ORDERED.

Dated: December 12, 2024
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge